**Order entered July 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00469-CV

### TERVITA, LLC, Appellant

### V.

### CASEY SUTTERFIELD, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13815**

## ORDER

We **GRANT** appellant's July 13, 2015 unopposed motion for extension of time to file

reply brief and **ORDER** the brief be filed no later than July 20, 2015.

/s/      ELIZABETH LANG-MIERS
           JUSTICE